```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

JAMES CARTER,                      )
                                   )
       Plaintiff,                 )
                                   )
       v.                         )    No. 4:11-CV-1345-NAB
                                   )
MARIANN ATWELL, et al.,            )
                                   )
       Defendants.                )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, for failing to exhaust prison remedies.  See 42 U.S.C. § 1997e(a).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Dated this 6th day of September, 2011

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**